921 A.2d 1066

IN THE MATTER OF ANTHONY G. FILOMENO, AN ATTORNEY AT LAW (ATTORNEY NO. 024871989).

May 11, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–091, concluding that **ANTHONY G. FILO-MENO** of **WAYNE,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b)(criminal conduct that reflects adversely on an attorney's honesty, trustworthiness or fitness as a lawyer), and that because of respondent's rehabilitation, the term of suspension should be suspended;

And **ANTHONY G. FILOMENO** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined that the appropriate quantum of discipline is a censure;

And good cause appearing;

It is ORDERED that **ANTHONY G. FILOMENO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.